**BROTHERHOOD OF RAILWAY, AIRLINE AND STEAMSHIP CLERKS, FREIGHT HANDLERS, EXPRESS AND STATION EMPLOYES et al., Appellants,**

v.

**PAN AMERICAN WORLD AIRWAYS, INC., Appellee.**

Nos. 293–297, Dockets 32862–32866.

United States Court of Appeals
Second Circuit.

Argued Jan. 14, 1969.

Decided Jan. 14, 1969.

David J. Fleming, New York City, Edward J. Hickey, Jr., James L. Highsaw, Jr., Mulholland, Hickey & Lyman, Washington, D. C., for appellants.

Herbert Prashker, Eric Rosenfeld, Lawrence A. Katz, Poletti, Freidin, Prashker, Feldman & Gartner, New York City, for appellee.

Before WATERMAN, KAUFMAN and ANDERSON, Circuit Judges.

PER CURIAM:

The judgment appealed from is affirmed upon the opinion of Judge Bryan, reported at 275 F.Supp. 986 (1967).

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Franklin D. MULLINS, Defendant-Appellant.**
No. 18307.

United States Court of Appeals
Sixth Circuit.
Dec. 10, 1968.

Marvin J. Will Weaver (Court Appointed), Knoxville, Tenn., Jerry A. Farmer, Knoxville, Tenn., Lockett, Slovis & Weaver, Knoxville, Tenn., on brief, for appellant.

W. Thomas Dillard, Asst. U. S. Atty., Knoxville, Tenn., J. H. Reddy, U. S. Atty., Knoxville, Tenn., on brief, for appellee.

Before O'SULLIVAN, CELEBREZZE and COMBS, Circuit Judges.

ORDER.

In light of this Court's decision in United States of America v. Smith, 404 F.2d 720, decided November 25, 1968, wherein this Court adopted the American Law Institute test of criminal responsibility, and making such test retroactive to all cases involving an insanity defense which were pending on appeal, the judgment of the District Court is reversed, and the case is remanded for a new trial.